UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jenny F. Strayer,

    Plaintiff,

    v.                                    Case No. 2:14–cv–251

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.

## ORDER

    On October 29, 2014, United States Magistrate Judge King, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation ("R&R") concerning the disposition of Jenny F. Strayer's ("Plaintiff") Statement of Specific Errors in this Social Security case. ECF No. 10. Judge King recommended that the decision of the Commissioner be reversed pursuant to 42 U.S.C. § 405(g), sentence four and that this action be remanded to the Commissioner for further consideration of Dr. Holbrook's opinion. R&R 11, ECF No. 19.

    Judge King notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id*. Judge King also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to

appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED,** and the case is remanded to the Commissioner for the purposes outlined in the R&R.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**